**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 5:23-CR-01112-S** |
| | § | |
| 1) **BERNARDO ANICETO GARZA** | § | **DS** |
| 2) **FRANCISCO SUAREZ** | § | |
|   **AKA: PANCHO** | § | |
| 3) **LUIS DANIEL SEGURA GUZMAN** | § | |

**SUPERSEDING INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

On or about **August 23, 2023**, in the Southern District of Texas and within the jurisdiction

of the Court, Defendants,

**BERNARDO ANICETO GARZA,**
**FRANCISCO SUAREZ,**
**and**
**LUIS DANIEL SEGURA GUZMAN,**

did knowingly conspire and agree with other persons known and unknown to the grand jurors, to

transport and move and attempt to transport and move within the United States by means of

transportation and otherwise, an alien who had come to, entered, and remained in the United States

in furtherance of such violation, in violation of Title 8, United States Code,

Section 1324(a)(1)(A)(ii) and (v)(I).

**COUNT TWO**

On or about **August 23, 2023**, in the Southern District of Texas and within the jurisdiction

of the Court, Defendant,

**BERNARDO ANICETO GARZA,**

knowing and in reckless disregard of the fact that YENI MAGANA-SANDOVAL was an alien

who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

Jennifer L. Day
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

**LAREDO DIVISION**

FILE: 23-05383                  MAG#:  23-01638                  NO.5:23-CR-01112-S

**SUPERSEDING INDICTMENT**      Filed: <u>October 31, 2023</u>      Judge: Diana Saldana

ATTORNEYS:

UNITED STATES OF AMERICA

<u>ALAMDAR S. HAMDANI, USA</u>

 VS.                            <u>JENNIFER DAY, AUSA</u>

**1)  BERNARDO ANICETO GARZA**
**2)  FRANCISCO SUAREZ**
    **AKA: PANCHO**
**3)  LUIS DANIEL SEGURA GUZMAN**

**CHARGES:**

Count 1:    Conspiracy to transport an undocumented alien within the United States
            [8 USC 1324 (a)(1)(A)(ii) and (v)(I)]
Count 2:    Transport and attempt to transport an undocumented alien within the United
            States for financial gain
            [8 USC 1324(a)(1)(A)(ii)]

**TOTAL COUNTS: 2**

**PENALTY:**
Counts 1-2:      0 to 10 years and/or $250,000 Fine, $100 special assessment,
                 $5,000 special assessment, not more than a three (3)-year term of
                 supervised release [Each Count]